IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN JACKSON,

      Petitioner,                  No. CIV S-10-2462 GGH P

    vs.

GARY SWARTHOUT, et al.,

      Respondents.         ORDER

_____/

      Petitioner, by filing dated October 7, 2010 (docket # ), has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.  Therefore, petitioner has discharged his obligation to file an affidavit in support of his request to proceed in forma pauperis (or to pay the filing fee) as directed in the court's <u>Order</u>, filed on October 7, 2010 (docket # 4).

      Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis, filed on October 7 (docket # 7), is granted.  <u>See</u> 28 U.S.C. § 1915(a).

DATED: October 20, 2010           /s/ Gregory G. Hollows

                                   GREGORY G. HOLLOWS<br>                                   UNITED STATES MAGISTRATE JUDGE

GGH:009<br>jack2462.ifpg